UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | CV 14-4949-DMG (AGRx) | Date | September 23, 2014 |
|---|---|---|---|

| Title | Ian Phillips v. Cytec Engineered Materials, Inc. |
|---|---|

Present: The Honorable    DOLLY M. GEE,  UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of the stipulation to dismiss case without prejudice, filed September 23, 2014, it is hereby ordered that all causes of action alleged by Plaintiff in this action shall be dismissed without prejudice. The Scheduling Conference hearing on September 26, 2014 is hereby VACATED.

IT IS SO ORDERED.